IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ARTHUR CARSON<br>    PLAINTIFF, | § | 6:06mc42 |
| VS. | § | |
| VIRGIN BUCHANAN,<br>MICHAEL UNIT BRANCH OF UTMB,<br>STATE CLASSIFICATION MEMBERS,<br>G.KARRIKER,MICHAEL CLASSIFICATION<br>CHIEF,<br>    DEFENDANTS. | §<br><br>§ | CLERK U.S. DISTRICT COURT<br>RECEIVED<br>NOV 1 3 2006<br>EASTERN DIST. OF TEXAS |

**MOTION FOR LEAVE OF COURT FOR PERMISSION
TO FILE IMMINENT DANGER LAWSUIT**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now the Plaintiff,Arthur Carson,pursuant to 28 U.S.C.-1651,and 1915(G),Request this Court Grant Plaintiff permission to file a Lawsuit in this Court Based on the Imminent Danger of Serious Injury Exception.where Plaintiff have been previously imposed with the three strike Provision of of Section 1915,as Amended by the Prison Litigation Reform Act of 1995.

Because of Prison Officials continued violation of a Settlement decree entered by This Court in Carson Vs.Estelle,NO.TY-79-356-CA, U.S.Eastern District-Tyler,to Move Plaintiff from the Michael Unit, the Defendant have defied this decree at every turn,and have subjected Plaintiff to the Wanton Infliction of Pain,and Ultimately His Death without this Court's intervention.

(1)

SYNOPSIS OF CLAIMS:

In a elaborate conspiracy of Retaliation against Plaintiff because of His Legal Activities, Previous Grievances filed, and Settlement agreement, the Defendants have placed Plaintiff in imminent danger, and left Him susceptible to Heighten Liver Failure by refusing Hepatitis-C Treatment, or Treatment for other Ailments in a sadistical effort of Reprisals. in that Classification Officials have acquiesced with Medical Personell of the University of Texas Medical Branch to arbitrarily delete from its Computer pertinent Medical Restriction's that are used for Job and Housing assignments, and refusing to treat Plaintiff's Buldging back disc; Hearing Impairment; or provide the prevailing standard of Care to Hepatitis-C with Interferon or Ribavirin Treatment to Plaintiff who was recently inform by Defendant His Liver enzyme Levels were Seventy-Four,"A Critical and Dangerous Level"[sic].

The Michael Unit as Retaliation against Plaintiff have forced Plaintiff to now Work on Jobs incompatible with His Health. because there exist No other Remedy at Law, and in the Interest of Justice, Plaintiff Request this Court Grant Him permission to file with this Court within 20 Days His Civil Right's Lawsuit, and application to proceed in forma pauperis for consideration by this Court.

(2)

WHEREFORE PREMISES CONSIDERED, Plaintiff Pray this Motion is All things Granted.

dated this 8th day of November, 2006.

*Arthur Carson* .
Arthur Carson
TDCJ# 517349-Michael Unit

CERTIFICATE OF SERVICE:

I, Arthur Carson, certify that a copy of the foregoing Motion for leave, is hereby mailed to: M.L.Wells, Asst. Attorney General, this 9th day of November, 2006, by placing same in the U.S. Mail, postage prepaid.

I swear the foregoing statements are true and correct, pursuant to 28 U.S.C. § 1746.

*Arthur Carson* .
Arthur Carson
P.O. Box 4500
Tennessee Colony, Tx. 75886

Art Carson
6[illegible]349
P.O. Box 4500
Town Colony, Tx. 75886

EAST TEXAS PDC
TX 757 2 T
10 NOV 2006 PM

Clerk,
United States District Court
Eastern District of Texas
211 W. Ferguson
Tyler, Tx. 75207